UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-00142(3) (DSD/KMM) |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE / SUBSTITUTION OF COUNSEL** |
| SAEID JABERIAN, | |
| Defendant. | |

---

PLEASE TAKE NOTICE that William J. Mauzy, Mauzy Law Office PA, 800 Hennepin Avenue, Suite 800, Minneapolis, MN 55403 has been substituted for Andrew S. Birrell, Birrell Law Firm PLLC, 333 South Seventh Street, Ste 2350, Minneapolis, MN 55402, as attorney for Saeid Jaberian in the above-captioned matter.

Date: June 30, 2021                                             Respectfully submitted,


By:     */s/ William J. Mauzy*
            William J. Mauzy (#68974)
            Mauzy Law Office, PA
            800 Hennepin Avenue
            Suite 800
            Minneapolis, MN 55403
            (612) 340-9108
            wmauzy@mauzylawfirm.com
            *Attorney for Defendant*