UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-00142(3) (DSD/KMM) |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| SAEID JABERIAN, | |
| Defendant. | |

---

Please take notice that attorney William R. Dooling, Mauzy Law Offices, P.A., 800 Hennepin Avenue, Suite 800, Minneapolis, Minnesota 55403, hereby enters his appearance as attorney of record on behalf of Saeid Jaberian in the above-captioned matter.

Date:  June 30, 2021          Respectfully submitted,

By:   */s/ William R. Dooling*
William R. Dooling (#0402244)
Mauzy Law Office, PA
800 Hennepin Avenue
Suite 800
Minneapolis, MN 55403
(612) 340-9108
wdooling@mauzylawfirm.com
*Attorney for Defendant*