IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: Hildy Bowbeer | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 21-cr-142 DSD/KMM |
| | ) | Date: | July 2, 2021 |
| Saeid Jaberian (3), | ) | Video Conference | |
| | ) | Time Commenced: | 1:29 p.m. / 1:39 p.m. |
| Defendant, | ) | Time Concluded: | 1:37 p.m. / 1:54 p.m. |
| | | Time in Court: | 23 minutes |

APPEARANCES:

Plaintiff: Chelsea Walcker, Assistant U.S. Attorney
Defendant: William Mauzy and William Dooling, Esq.
   X Retained

Date Charges Filed: 6/16/2021       Offense: conspiracy to commit securities fraud; aiding and abetting securities fraud; wire fraud

X Advised of Rights

on    X Indictment

**Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.**

X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                                                              s/SAE
                                                Signature of Courtroom Deputy