# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br>v.<br><br>Saeid Jaberian (3),<br>　　　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:   HILDY BOWBEER<br>U.S. Magistrate Judge<br><br>Case No:    21-cr-142 DSD/KMM<br>Date:    July 2, 2021<br>Video Conference<br>Time Commenced:    1:37 p.m.<br>Time Concluded:    1:39 p.m.<br>Time in Court:    2 minutes |

**APPEARANCES:**

　Plaintiff: Chelsea Walcker, Assistant U.S. Attorney
　Defendant: William Mauzy and William Dooling,
　　　　X Retained

**Indictment Dated:** 6/16/2021

　X Reading of Indictment Waived　　　X Not Guilty Plea Entered

Other Remarks:

x Counsel to be notified of additional dates by separate Order to be issued.
X Defendant consents to this hearing via video conference.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/SAE
　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy