## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

                Plaintiff,

                          Crim. No. 21-CR-00142(3) (DSD/KMM)

v.

Saeid Jaberian,

                Defendant.

**DEFENDANT'S MOTION FOR SEVERANCE OF DEFENDANTS**

Defendant Saeid Jaberian, through his attorney, hereby moves the Court for an Order severing his case for trial from that of his co-defendants, pursuant to Federal Rule of Criminal Procedure 14(a) and *Bruton v. United States*, 391 U.S. 123 (1968).

This Motion is based on Mr. Jaberian's Memorandum in Support of Motion for Severance of Defendants, and all the files and proceedings herein.

Date:  August 23, 2021                      Respectfully submitted,

                                              By:   */s/ William J. Mauzy*
                                                    William J. Mauzy (#68974)
                                                    Mauzy Law Office, PA
                                                    800 Hennepin Avenue
                                                    Suite 800
                                                    Minneapolis, MN 55403
                                                    (612) 340-9108
                                                    wmauzy@mauzylawfirm.com
                                                    *Attorney for Defendant*