UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TRIAL NOTICE AND
FINAL PRETRIAL ORDER

**USA v. Saeid Jaberian (21-cr-142) (3)** has been scheduled for trial before Judge David S. Doty. Trial and Jury selection will begin **Monday, December 5, 2022, at 9:00 a.m. in Courtroom 14 located in the Diana E. Murphy U.S. Courthouse, 300 South 4th Street, Minneapolis, Minnesota.** The parties may be notified if an earlier trial date becomes available.

A pretrial conference will be conducted by Judge Doty in **Courtroom 14W located in the Diana E. Murphy U.S. Courthouse, 300 South 4th Street, Minneapolis, Minnesota, on Monday, November 28, 2022, at 10:00 a.m.** All attorneys who will try the case must attend. The Court may schedule additional pretrial conferences prior to trial to review new COVID-19 protocol and juror questionnaires.

### INSTRUCTIONS

1. All documents must be filed electronically in MS Word. Trial briefs, witness lists, exhibit lists, proposed voir dire, proposed jury instructions, proposed verdict forms, and proposed orders on motions in limine should be also e-mailed to chambers at: doty_chambers@mnd.uscourts.gov.

2. Trial briefs shall be submitted by **Monday, November 21, 2022.**

3. **Exhibits.**

    All parties must exchange lists of the exhibits that they intend to offer at trial and make those exhibits available to the other parties for examination and copying by **Monday, November 14, 2022,**

    All parties must file an exhibit list and provide two courtesy copies to the Court by **Monday, November 21, 2022.**

    Plaintiff should mark its exhibits with P##, and defendant should mark its exhibits with D##. The case number must appear on each exhibit.

    Only exhibits that are identified on the exhibit list may be offered at trial, unless the omission is excused for good cause.

    Parties shall provide the Court with 2 binders of exhibits on the first day of trial. One binder is for the Judge; another is for the witness stand.

    Prior to deliberating, the parties shall provide the Court with final exhibit lists with all the admitted exhibits only. The list shall be filed and go back to the jury deliberation room to assist in reviewing the exhibits. The final exhibit list may not include contested descriptions of exhibits.

4. **Witness Lists.**

    The parties must exchange lists of the witnesses whom they intend to call at trial, as well as a brief description of the substance of the expected testimony of each witness by **Monday, November 14, 2022**. A person not on a party's witness list may not testify at trial, unless the omission is excused for good cause.

    Parties must file the witness list (restricted) and provide two courtesy copies to the Court by **Monday, November 21, 2022**.

5. **Motions in Limine.**

    All motions in limine must be filed by **Monday, November 21, 2022,** and responses to all such motions must be filed by **Wednesday, November 23, 2022**. The parties must respond to all motions in limine.

6. **Proposed Voir Dire.**

    During voir dire, Judge Doty will handle all the questioning of prospective jurors. The parties may file any questions they wish the Judge to ask prospective jurors by **Monday, November 21, 2022**.

7. **Proposed Jury Instructions.**

    The parties must exchange proposed jury instructions no later than **Monday, November 14, 2022**. The parties must

then meet and confer and make every effort to resolve disagreements over those proposed instructions.

They shall submit a set of jointly proposed jury instructions by **Monday, November 21, 2022,** to chambers.

   a.  Each proposed instruction must be numbered, appear on a separate page, and identify supporting legal authority.

   b.  Any citation to a set of model jury instructions or a jury-instruction treatise must be to the current version of the cited source unless a party has good cause to cite an older version and explains why it is citing the older version.

8. **Proposed Special Verdict Form.**

   The parties must exchange proposed special verdict forms no later than **Monday, November 14, 2022**. The parties must then meet and confer and make every effort to resolve disagreements over the proposed special verdict form. If the parties reach agreement, the proposed form must be filed by **Monday, November 21, 2022**. If they do not reach agreement, the parties must file their own proposed forms by **Monday, November 21, 2022,** and send a copy to Judge Doty's chambers.

9. **Daily transcripts.**

   If any party intends to order daily transcripts of the trial, that party should contact Judge Doty's Judicial Assistant/Courtroom Deputy, Donna O'Kroy (612-664-5060), as soon as possible, so that she can make arrangements for court reporters to assist during the trial.

Dated:  May 23, 2022                    s/David S. Doty
                                        David S. Doty, Judge
                                        United States District Court

3