UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 21-142(3) (DSD/ECW)

United States of America,

                Plaintiff,

v.                                **ORDER**

Saeid Jaberian,

                Defendant.

This matter comes before the Court on Defendant's Motion for Extension of Time to File Position Regarding Sentencing (Doc. 177). Based upon the files, records, and proceedings in this matter and for good cause shown, IT IS HEREBY ORDERED that the parties' deadline for filing Positions Regarding Sentencing is extended to March 22, 2023.

Dated: March 7, 2023                          s/Davis S. Doty
                                                David S. Doty, Judge
                                                United States District Court